UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  21-cr-80188-ROSENBERG/REINHART

UNITED STATES OF AMERICA
v.
DION DE CESARE,

       Defendant,

vs.

NICOLA DE CESARE,

       Third-Party Petitioner.

_____/

## REPORT AND RECOMMENDATION REGARDING MOTION TO APPROVE STIPULATION AND SETTLEMENT AGREEMENT [ECF NO. 398]

The Government moves this Court to approve the Settlement Agreement between the United States and Nicola De Cesare to settle her ancillary petition on 1043 Big Torch Street, Riviera Beach, Florida 33407. ECF No. 308. I have reviewed the Government's Motion and the accompanying agreement and pursuant to the parties' stipulation I **RECOMMEND** that the District Court approve the settlement agreement and deny Ms. DeCesare's third party claim as moot.

### REPORT AND RECOMMENDATION

Accordingly, I **RECOMMEND** that the District Court **GRANT** Motion to Approve Stipulation and Settlement Agreement

### NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Robin L. Rosenberg, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE and SUBMITTED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 5th day of August 2024.

_____
BRUCE E. REINHART
UNITED STATES MAGISTRATE JUDGE